UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br><br>$12,571.00 IN U.S. CURRENCY<br><br>  Defendant. | Civil Action No. 05-11015-JLT |

**UNITED STATES' MOTION FOR ENTRY OF DEFAULT**

The United States of America, by and through its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that a default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Nestor Adrian Cardona Suarez, and all other persons claiming an interest in the defendant property, described herein as:

> $12,571 in U.S. Currency seized from, Nestor Adrian Suarez Cardona, on September 28, 2004;

(referred to as the "Defendant Currency"), for failure to file an answer or otherwise to defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and 18 U.S.C. §983. The failure to submit a verified claim justifies the entry of default. See United States v. One-Sixth Share Of James J. Bulger In All Present And Future Proceeds Of Mass Millions Lottery Ticket No. M246233, 326 F.3d 36, 40-41 (1st Cir. 2003)(failure to file a timely verified claim disqualifies putative claimant from participating in civil forfeiture action).

In support of this application, the United States submits the attached Affidavit.

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA
                                              By its attorneys,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                By: _____
                                              Jennifer H. Zacks
                                              Assistant U.S. Attorney
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA  02210
Dated: August 3, 2005                  (617) 748-3100


SO ORDERED AND ALLOWED


_____
JOSEPH L. TAURO
United States District Judge

Date: _____


### CERTIFICATE OF SERVICE

    I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Entry of Default, as well as the Affidavit in Support of Motion for Entry of Default, was served upon Jose A. Espinosa, Esquire as Counsel for Nestor Adrian Cardona Suarez, 11 Green Street, Jamaica Plain, MA 02130, by first class mail, postage prepaid.

                                              _____
                                              Jennifer H. Zacks
                                              Assistant   U.S.   Attorney