UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br>$12,571.00 IN U.S. CURRENCY<br><br>        Defendant. | Civil Action No. 05-11015-JLT |

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ENTRY OF DEFAULT**

I, Jennifer H. Zacks, state under oath as follows:

1.   I am an Assistant United States Attorney. I represent the plaintiff, the United States of America, in this case. This is an action <u>in Rem</u> for forfeiture of the following defendant property:

> $12,571 in U.S. Currency seized from, Nestor Adrian Suarez Cardona, on September 28, 2004;

(referred to as the "Defendant Currency"). This is a civil forfeiture action, and, accordingly, is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rule C of the Supplemental Rules of Certain Admiralty and Maritime Claims.

2.   The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. §881(a)(6) and (b), in that the defendant currency constitutes moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846.

3.   The Verified Complaint for Forfeiture <u>In Rem</u> (the

"Complaint") was filed in the United States District Court on or about May 17, 2005.

4. This Court found probable cause that the Defendant Property is subject to forfeiture to the United States, and issued a Warrant and Monition, on or about May 27, 2005, directing the United States Marshals Service ("USMS") to give notice to all persons concerned that a Complaint in Rem had been filed, and to arrest and retain the Defendant Property in its custody.

5. Notice of the United States' Complaint was published, in accordance with the Warrant and Monition, in the Boston Herald newspaper on June 16, June 23, and June 30, 2005. A copy of the USMS Process Receipt and Return form and the published notice are attached as Exhibit A.

6. A copy of the Verified Complaint and a certified copy of the Warrant and Monition were sent by certified mail to Nestor Adrian Cardona Suarez, 38 Dolphin Avenue, Revere, MA 02151 on or about June 7, 2005, and via his attorney, Jose A. Espinosa, Esquire, 11 Green Street, Jamaica Plain, MA 02130, on or about June 7, 2005. Copies of the USMS Process Receipt and Return forms are attached as Exhibits B and C respectively. Nestor Adrian Cardona Suarez did not file either a verified claim or answer to the Complaint.

7. Under Supplemental Rule C(6) and 18 U.S.C. §983(a)(4), any person asserting an interest in the Defendant Currency was

required to file a claim not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint. In addition, any person asserting an interest in the Defendant Currency was required to file an answer to the Complaint no later than 20 days after the date of the filing of any claim.

8. As of today's date, August 3, 2005, no claims to the Defendant Currency or answers to the Complaint have been filed and the time for filing such claims and answers has expired.

9. To the best of my knowledge, and upon information and belief, neither Nestor Adrian Cardona Suarez, nor anyone else with an interest in the Defendant Currency, is in the military service of the United States, is an infant, or is incompetent.[1]

Signed under the pains and penalties of perjury this 3rd day of August, 2005.

_____
Jennifer H. Zacks
Assistant U.S. Attorney

---

[1] In order to determine Nestor Adrian Cardona Suarez' military status, the United States searched the Department of Defense Manpower Data Center using Nestor Adrian Cardona Suarez' name and social security number.

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: CV-05-11015-JLT |
| DEFENDANT: $12,571.00 IN U.S. CURRENCY | TYPE OF PROCESS: Complaint, Warrant & Monition |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: PUBLICATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code):

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclays, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on USA:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please publish a copy of the attached Notice of Libel at least once per week for three successive weeks in the Boston Herald or any other newspaper having a general circulation in this District, in accordance with the attached Complaint and Warrant & Monition and applicable law.
CATS No. 04-DEA-442216

JLJ x.3297

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: June 7, 2005

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process No.: 
District of Origin No.: 38
District to Serve No.: 38
Signature of Authorized USMS Deputy or Clerk: [signed]
Date: 6/14/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (If not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 7/13/05
Time: ___ am/pm
Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: Published in the Boston Herald on 6/16, 6/23 and 6/30/05.

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☒ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGEMENT OF RECEIPT

JUN 14 2005 11:24 FR DISTRICT MASS    617 748 253■ TO 816176196159    P.02/04

617-723-9715 (LC)    # 921007    6/16, 23, 30

U.S. Department of Justice
United States Marshals Service

## PUBLIC VOUCHER FOR ADVERTISING

| Field | Value |
|---|---|
| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE | United States Marshals Service |
| PLACE VOUCHER PREPARED | Boston, MA |
| DATE PREPARED | 6/14/05 |
| NAME OF PUBLICATION | Boston Herald |
| NAME OF PUBLISHER OR REPRESENTATIVE | Legal Section |
| ADDRESS | One Herald Square, Boston, MA |
| For Agency Use Only – VOUCHER NUMBER | |
| SCHEDULE NUMBER / PAID BY | |

### CHARGES

| TYPEFACE | NUMBER OR LINES | COST PER LINE | TOTAL COST |
|---|---|---|---|
| FIRST INSERTION 6/16/05 | 106 | $3.49 | $369.94 |
| ADDITIONAL INSERTIONS – GIVE NUMBER ▶ 2 | 212 | $3.49 | $739.88 |
| TOTAL 3 | | | $1109.82 |

NOTICE OF LIBEL
Civil Case No. 05-11015-JLT
United States of America, District of Massachusetts, at Boston, Massachusetts, June 7, 2005.

Notice is hereby given that a Libel has been filed in the United States District Court for the District of Massachusetts, at Boston, against the following currency, pursuant to 21 U.S.C. s 881(a)(6):

$12,571.00 In U.S. Currency seized from Nestor Adrian Cardona Suarez, in Revere, Massachusetts on September 28, 2004.

All claims to said currency must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by the Court, and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims and answers must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 C.F.R. Part 9. In addition to or in lieu of a petition for Remission or Mitigation, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the Drug Enforcement Administration, JFK Federal Building, 15 New Sudbury Street, Boston, Massachusetts, 02203-0131.

Anthony Dichio
United States Marshal
District of Massachusetts
Jun 16, 23, 30

| | NUMBER OR UNITS (folio) | COST PER LINE | TOTAL COST |
|---|---|---|---|
| | | $ | $ |
| | | | $ |
| TOTAL LINE RATES AND OTHER RATES | | | |
| LESS DISCOUNT AT % | | | |
| BALANCE DUE | | | $ |
| VERIFIED (Initials) | | | |

### AFFIDAVIT

SIGNATURE OF PUBLISHER OR REPRESENTATIVE: [signature]
TITLE: Legal Ad Rep
DATE: 6/20/05

### FOR AGENCY USE ONLY

| ADVERTISEMENT PUBLISHED IN | DATE PUBLISHED |
|---|---|

I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment.

| SIGNATURE AND TITLE OF CERTIFYING OFFICER | DATE |
|---|---|
| SIGNATURE AND TITLE OF AUTHORIZING OFFICER | DATE |

| ACCOUNTING CLASSIFICATION | PAID BY CHECK NUMBER |
|---|---|
| 04-DEA-442216 | |

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV No. 05-11015-JLT |
| DEFENDANT | TYPE OF PROCESS |
| $12,571.00 IN U.S. CURRENCY | Warrant and Monition; Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Nestor Adrian Cardona Suarez

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)  
38 Dolpin Avenue, Revere, MA 02151

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney  
United States Attorney's Office  
John Joseph Moakley United States Courthouse  
1 Courthouse Way, Suite 9200  
Boston, MA 02210

Number of process to be served with this Form - 285  
Number of parties to be served in this case  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve a copy of the attached Complaint and Warrant and Monition upon the above-named individual via certified mail, return receipt requested.  
CATS No. 04-DEA-442216                                                                                       JLJ x.3297

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: (617) 748-3100  
DATE: June 7, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 6/19/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):  
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):  
Date of Service: 7/13/05  
Time: am/pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount of Refund |

REMARKS:  
6/14/05 Certified # 7004 1160 0001 5657 8159  
Unclaimed

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD  ☒ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGEMENT OF RECEIPT






U.S. Department of Justice

United States Marshals Service
District of Massachusetts

U.S. Courthouse
1 Courthouse Way, Suite 500
Boston, MA 02210

Official Business
Penalty for Private Use $300

7004 1160 0001 5657 8159



Nestor Adrian Cardona Suarez

UNCLAIMED



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nestor Adrian Cardona Suarez

UNCLAIMED

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7004 1160 0001 5657 8159
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV No. 05-11015-JLT |
| DEFENDANT | TYPE OF PROCESS |
| $12,571.00 IN U.S. CURRENCY | Warrant and Monition; Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jose A. Espinosa, Esq., as Counsel for Nestor Adrian Cardona Suarez

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
11 Green Street, Jamaica Plain, MA 02130

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

Please serve a copy of the attached Complaint and Warrant and Monition upon the above-named individual via certified mail, return receipt requested.

CATS No. 04-DEA-442216                        JLJ x.3297

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: June 7, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 6/18/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 6/16/05    Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount of Refund |

REMARKS:
6/14 Certified # 7004 1160 0001 5657 8166
6/15 Delivery date

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT
USAO

FORM U



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>_[illegible]_   6/15/0 |
| 1. Article Addressed to:<br><br>Jose A. Espinosa, Esquire<br>11 Green Street<br>Jamaica Plain, MA 02130<br><br>(counsel for Nestor Adrian Cardona Suarez) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>_[postmark]_<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service_ | 7004 1160 0001 5657 8166 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540