**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV No. 05-11015-JLT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $12,571.00 IN U.S. CURRENCY | Warrant and Monition; Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
Nestor Adrian Cardona Suarez

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
38 Dolpin Avenue, Revere, MA 02151

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

Please serve a copy of the attached Complaint and Warrant and Monition upon the above-named individual via certified mail, return receipt requested.
CATS No. 04-DEA-442216                                               JLJ x.3297

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: June 7, 2005

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: ___
District of Origin: 38
District to Serve: 38
Signature of Authorized USMS Deputy or Clerk
Date: 6/14/05

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below).

Date of Service: 7/13/05

REMARKS:
6/14/05 Certified # 7004 1160 0001 5657 8159
Unclaimed

(4)

PRIOR EDITIONS MAY BE USED        1. CLERK OF THE COURT        FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT