SY COPY
NOT SCAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>$12,571.00 IN U.S. CURRENCY,<br>　　　　Defendant.<br><br>NESTOR ADRIAN CARDONA SUAREZ,<br>　　　　Claimant | Civil Action No. 05-11015-JLT |

### NOTICE OF APPEARANCE

Please enter the undersigned as counsel for the United States of American in the above matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/Jennifer H. Zacks
JENNIFER H. ZACKS
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3109

### Certificate of Service

I hereby certify that on this day I gave notice of the filing of the foregoing by mailing a copy of same, postage prepaid, first class mail to Jose A. Espinosa, Esquire, 11 Green Street, Jamaica Plain, MA 02130.

/s/Jennifer H. Zacks
Jennifer H. Zacks
Assistant U.S. Attorney

Dated: August 3, 2005