UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| __United States of America__<br>**Plaintiff**<br><br>V.<br><br>__$12,571.00 in U.S. Currency__<br>**Defendant** | CIVIL ACTION<br><br>NO.  __05-cv-11015 JLT__ |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __United States of America__ for an order of Default for failure of the Defendant, __$12,571.00 in US Currency__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __23rd__ day of __August, 2005__.

                                            SARAH A. THORNTON
                                            CLERK OF COURT

                                      By:   __/s/ Kimberly M. Abaid__
                                            **Deputy Clerk**

**Notice mailed to:**
**Counsel of Record**

(Default Notice.wpd - 3/7/2005)