UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>$12,571.00 IN U.S. CURRENCY, )<br>        Defendant )<br>) | Civil Action No. 05-11015-JLT |

## MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for entry of a Final Judgment and Order of Forfeiture, forfeiting $12,571.00 in U.S. Currency (the "Defendant Currency").

In support of this Motion, the Government states that on August 3, 2005, it filed a Motion for Entry of Default and the Government's Affidavit in Support of its Motion for Entry of Default against the claimant in this action, Nestor Adrian Cardona Suarez. The Affidavit demonstrated that the United States had served notice upon all interested parties to the Complaint, that the claimant, Nestor Adrian Cardona Suarez did not file a verified claim or answer within the statutory time frame, and that the claimant is not an infant or incompetent person or in the military service of the United States. On August 23, 2005, this Court entered a Notice of Default, a copy of which is attached hereto as Exhibit A. The Notice was entered against Nestor Adrian Cardona Suarez, and all other persons claiming an interest in the Defendant Currency, for their failure to answer or otherwise defend in this action. No other claims have been filed, and the time to do so has

expired.

WHEREFORE, the United States of America requests that this Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Currency. A proposed Order is attached.

                Respectfully submitted,

                UNITED STATES OF AMERICA
                By its attorneys,

                MICHAEL J. SULLIVAN
                United States Attorney

By: /s/ Jennifer H. Zacks
                Jennifer H. Zacks
                Assistant U.S. Attorney
                1 Courthouse Way
                Suite 9200
                Boston, MA  02210
                (617) 748-3100

Dated:   September 6, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__United States of America__             CIVIL ACTION
        Plaintiff
                                         NO.  __05-cv-11015 JLT__
   V.

__$12,571.00 in U.S. Currency__
        Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __United States of America__ for an order of Default for failure of the Defendant, __$12,571.00 in US Currency__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this __23rd__ day of __August, 2005__.

                              SARAH A. THORNTON
                              CLERK OF COURT

                        By:   /s/ Kimberly M. Abaid
                              Deputy Clerk

Notice mailed to:
Counsel of Record

(Default Notice.wpd - 3/7/2005)

