**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: CV No. 05-11015-JLT |
| DEFENDANT: $12,571.00 IN U.S. CURRENCY | TYPE OF PROCESS: Final Judgment and Order of Forfeiture |

FILED IN CLERKS OFFICE
2005 OCT -3 P 3: 43

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: $12,571.00 IN U.S. CURRENCY

U.S. DISTRICT COURT
DISTRICT OF MASS.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code):

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Jennifer H. Zacks, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

In accordance with the provisions of the Final Judgment and Order of Forfeiture please retain and dispose of the $12,571.00 in U. S. Currency into the Asset Forfeiture Fund Account.

CATS No. 04-DEA-442216

LJ x.3297

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: September , 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 9/15/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/15/05
Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount of Refund |

REMARKS: Transferred to the Asset Forfeiture Fund.

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD ☐ NOTICE OF SERVICE ☐ BILLING STATEMENT ☐ ACKNOWLEDGEMENT OF RECEIPT